**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Western District of Oklahoma

Case number (if known): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

FILED

2019 FEB 5 P 12: 27

☐ Check if this is an
amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name** | | |
| Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | ROSENTA<br>First name<br>SHENELLE<br>Middle name<br>HOOKS<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) |
| Bring your picture identification to your meeting with the trustee. | | |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – <u>6</u> <u>4</u> <u>8</u> <u>6</u><br>OR<br>9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9xx – xx – ___ ___ ___ ___ |

Debtor 1     **ROSENTA SHENELLE HOOKS**

First Name     Middle Name     Last Name

Case number (if known)_____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☑ I have not used any business names or EINs.

Business name

_____

Business name

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

☐ I have not used any business names or EINs.

Business name

_____

Business name

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

**5. Where you live**

**1944 FILLMORE AVE**

Number     Street

**APT A**

**NORMAN**     **OK**     **73072**

City     State     ZIP Code

**CLEVELAND**

County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

Number     Street

P.O. Box

City     State     ZIP Code

**If Debtor 2 lives at a different address:**

Number     Street

_____

City     State     ZIP Code

County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

Number     Street

P.O. Box

City     State     ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

Debtor 1 **ROSENTA  SHENELLE  HOOKS**          Case number (if known)_____
              First Name      Middle Name      Last Name

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

---

7. **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☑ Chapter 7

❑ Chapter 11

❑ Chapter 12

❑ Chapter 13

8. **How you will pay the fee**

❑ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☑ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

❑ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

9. **Have you filed for bankruptcy within the last 8 years?**

☑ No

❑ Yes.  District _____  When _____   Case number _____
                                                      MM / DD / YYYY

        District _____  When _____   Case number _____
                                                      MM / DD / YYYY

        District _____  When _____   Case number _____
                                                      MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

❑ Yes.  Debtor _____   Relationship to you _____

        District _____  When _____   Case number, if known_____
                                                      MM / DD  / YYYY

        Debtor _____   Relationship to you _____

        District _____  When _____   Case number, if known_____
                                                      MM / DD / YYYY

11. **Do you rent your residence?**

❑ No.   Go to line 12.

☑ Yes.  Has your landlord obtained an eviction judgment against you?

        ☒ No. Go to line 12.

        ❑ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    **ROSENTA SHENELLE HOOKS**                    Case number (if known)_____
            First Name    Middle Name    Last Name

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                                State        ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard?    _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property?    _____
                          Number        Street

_____

_____
City                                State        ZIP Code

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 4

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **ROSENTA  SHENELLE HOOKS**                    Case number (if known)_____
           First Name   Middle Name   Last Name

| Part 6: | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts are defined in 11 U.S.C. § 101(8)* as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts are debts that you incurred to obtain* money for a business or investment or through the operation of the business or investment.

☑ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

☑ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Part 7: | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

x _Rosenta Hooks_                           x _____
Signature of Debtor 1                          Signature of Debtor 2

Executed on  01/29/2019                        Executed on  _____
            MM / DD / YYYY                                 MM / DD / YYYY

Debtor 1    **ROSENTA  SHENELLE  HOOKS**                    Case number (if known)_____
         First Name    Middle Name         Last Name

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

❑ No

☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

❑ No

☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

❑ No

☑ Yes. Name of Person **PATSY A.  JORDAN**                                              .

　　　Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

✗ _Rosenta Hooks_                            ✗ _____
　Signature of Debtor 1                           Signature of Debtor 2

Date    01/29/2019                           Date    _____
　　　 MM / DD  / YYYY                                  MM /  DD  / YYYY

Contact phone  (405) 243-7543                    Contact phone  _____

Cell phone  _____                  Cell phone  _____

Email address  rhooks571@gmail.com               Email address  _____

Fill in this information to identify your case:

| Debtor 1 | ROSENTA | SHENELLE | HOOKS |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Oklahoma

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 2,005.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $ 2,005.00 |

### Part 2:   Summarize Your Liabilities

|  | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* | $ 0.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ 17,755.00 |
| **Your total liabilities** | $ 17,755.00 |

### Part 3:   Summarize Your Income and Expenses

| 4. *Schedule I: Your Income* (Official Form 106I) | |
|---|---|
| Copy your combined monthly income from line 12 of *Schedule I* | $ 2,541.14 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* | $ 2,357.00 |

Debtor 1    ROSENTA          SHENELLE          HOOKS          Case number (if known)_____
            First Name    Middle Name    Last Name

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
    ☑ Yes

7.  **What kind of debt do you have?**

    ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

    $ _____ 3,011.00

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

                                                                          **Total claim**

    **From Part 4 on *Schedule E/F*, copy the following:**

    9a. Domestic support obligations (Copy line 6a.)                       $ _____ 0.00

    9b. Taxes and certain other debts you owe the government. (Copy line 6b.)   $ _____ 0.00

    9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)   $ _____ 0.00

    9d. Student loans. (Copy line 6f.)                                     $ _____ 2,970.00

    9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)   $ _____ 0.00

    9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)   + $ _____ 0.00

    9g. **Total.** Add lines 9a through 9f.                                $ _____ 2,970.00

Fill in this information to identify your case and this filing:

Debtor 1   ROSENTA   SHENELLE   HOOKS
           First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Western District of Oklahoma

Case number _____

☐ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☑ No. Go to Part 2.

   ☐ Yes. Where is the property?

1.1. _____
     Street address, if available, or other description

     _____

     _____
     City                State      ZIP Code

     _____
     County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____          $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2. _____
     Street address, if available, or other description

     _____

     _____
     City                State      ZIP Code

     _____
     County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____          $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

| Debtor 1 | ROSENTA | SHENELLE | HOOKS | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | |
|---|---|---|
| 1.3. | **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ☐ Single-family home | |
| | ☐ Duplex or multi-unit building | **Current value of the entire property?**   **Current value of the portion you own?** |
| | ☐ Condominium or cooperative | |
| | ☐ Manufactured or mobile home | $_____   $_____ |
| | ☐ Land | |
| | ☐ Investment property | |
| City          State     ZIP Code | ☐ Timeshare | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| | ☐ Other _____ | |
| | **Who has an interest in the property?** Check one. | _____ |
| County | ☐ Debtor 1 only | |
| | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ **Check if this is community property** (see instructions) |
| | ☐ At least one of the debtors and another | |
| | **Other information you wish to add about this item, such as local property identification number:** _____ | |

2  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ................................................................ →  | $              0.00 |

---

**Part 2:   Describe Your Vehicles**

---

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☑ No
☐ Yes

| | | |
|---|---|---|
| 3.1. | Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | **Current value of the entire property?**   **Current value of the portion you own?** |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |
| | | ☐ **Check if this is community property** (see instructions) | $_____   $_____ |

If you own or have more than one, describe here:

| | | |
|---|---|---|
| 3.2. | Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | **Current value of the entire property?**   **Current value of the portion you own?** |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |
| | | ☐ **Check if this is community property** (see instructions) | $_____   $_____ |

Debtor 1   ROSENTA        SHENELLE        HOOKS                    Case number (if known)_____
           First Name      Middle Name      Last Name

3.3.  Make:        _____      **Who has an interest in the property?** Check one.    Do not deduct secured claims or exemptions. Put
                                                                                           the amount of any secured claims on *Schedule D:*
      Model:       _____      ☐ Debtor 1 only                                       *Creditors Who Have Claims Secured by Property.*
      Year:        _____      ☐ Debtor 2 only
                                     ☐ Debtor 1 and Debtor 2 only                          **Current value of the      Current value of the
      Approximate mileage:  _____  ☐ At least one of the debtors and another            entire property?           portion you own?**
      Other information:
                                     ☐ **Check if this is community property** (see        $_____           $_____
                                        instructions)

3.4.  Make:        _____      **Who has an interest in the property?** Check one.    Do not deduct secured claims or exemptions. Put
                                                                                           the amount of any secured claims on *Schedule D:*
      Model:       _____      ☐ Debtor 1 only                                       *Creditors Who Have Claims Secured by Property.*
      Year:        _____      ☐ Debtor 2 only
                                     ☐ Debtor 1 and Debtor 2 only                          **Current value of the      Current value of the
      Approximate mileage:  _____  ☐ At least one of the debtors and another            entire property?           portion you own?**
      Other information:
                                     ☐ **Check if this is community property** (see        $_____           $_____
                                        instructions)

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

4.1.  Make:        _____      **Who has an interest in the property?** Check one.    Do not deduct secured claims or exemptions. Put
                                                                                           the amount of any secured claims on *Schedule D:*
      Model:       _____      ☐ Debtor 1 only                                       *Creditors Who Have Claims Secured by Property.*
      Year:        _____      ☐ Debtor 2 only
                                     ☐ Debtor 1 and Debtor 2 only                          **Current value of the      Current value of the
      Other information:              ☐ At least one of the debtors and another            entire property?           portion you own?**

                                     ☐ **Check if this is community property** (see        $_____           $_____
                                        instructions)

If you own or have more than one, list here:

4.2.  Make:        _____      **Who has an interest in the property?** Check one.    Do not deduct secured claims or exemptions. Put
                                                                                           the amount of any secured claims on *Schedule D:*
      Model:       _____      ☐ Debtor 1 only                                       *Creditors Who Have Claims Secured by Property.*
      Year:        _____      ☐ Debtor 2 only
                                     ☐ Debtor 1 and Debtor 2 only                          **Current value of the      Current value of the
      Other information:              ☐ At least one of the debtors and another            entire property?           portion you own?**

                                     ☐ **Check if this is community property** (see        $_____           $_____
                                        instructions)

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages**      $        0.00
   **you have attached for Part 2. Write that number here** ..............................................➜

Debtor 1    ROSENTA      SHENELLE      HOOKS
            First Name    Middle Name    Last Name        Case number (if known)_____

| Part 3: | Describe Your Personal and Household Items |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.........  HOUSEHOLD GOODS AND PERSONAL  ITEMS          $_____600.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe..........  TELEVISIONS, AND CELL PHONE          $_____400.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe..........          $_____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe..........          $_____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe..........          $_____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe..........  CLOTHING, SHOES & ACCESSORIES          $_____250.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe...........  JEWELRY          $_____100.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe..........          $_____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information. .............          $_____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..........................................................→          $_____3,460.00

| Debtor 1 | ROSENTA | SHENELLE | HOOKS | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

## Part 4:    Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 16. Cash

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes ..................................................................................................................................................................

Cash: ..................... $ _____150.00

### 17. Deposits of money

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes .....................    Institution name:

| | | | |
|---|---|---|---|
| 17.1. Checking account: | **IBC BANK** | $ | 5.00 |
| 17.2. Checking account: | | $ | |
| 17.3. Savings account: | | $ | |
| 17.4. Savings account: | | $ | |
| 17.5. Certificates of deposit: | | $ | |
| 17.6. Other financial account: | | $ | |
| 17.7. Other financial account: | | $ | |
| 17.8. Other financial account: | | $ | |
| 17.9. Other financial account: | | $ | |

### 18. Bonds, mutual funds, or publicly traded stocks

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes ................    Institution or issuer name:

$ _____

$ _____

$ _____

### 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☑ No

☐ Yes. Give specific information about them.........................

| Name of entity: | % of ownership: | |
|---|---|---|
| | 0% ___% | $ |
| | 0% ___% | $ |
| | 0% ___% | $ |

Debtor 1     __ROSENTA__     __SHENELLE__     __HOOKS__          Case number (if known)_____
              First Name      Middle Name      Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific     Issuer name:
   information about
   them.......................     _____     $_____
                                  _____     $_____
                                  _____     $_____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each
   account separately.   Type of account:     Institution name:

                         401(k) or similar plan:   _____     $_____

                         Pension plan:     _____     $_____

                         IRA:     _____     $_____

                         Retirement account:     _____     $_____

                         Keogh:     _____     $_____

                         Additional account:     _____     $_____

                         Additional account:     _____     $_____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☐ No
☑ Yes.........................          Institution name or individual:
                         Electric:     OG&E_____     $_____150.00

                         Gas:     _____     $_____

                         Heating oil:     _____     $_____

                         Security deposit on rental unit:   CURRENT RENTAL UNIT     $_____350.00

                         Prepaid rent:     _____     $_____

                         Telephone:     _____     $_____

                         Water:     _____     $_____

                         Rented furniture:     _____     $_____

                         Other:     _____     $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.........................   Issuer name and description:
                         _____     $_____
                         _____     $_____
                         _____     $_____

| Debtor 1 | ROSENTA | SHENELLE | HOOKS | | Case number (if known) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes ................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____ $_____
_____ $_____
_____ $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
    information about them.... $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
    information about them.... $_____

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
    information about them.... $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information
    about them, including whether
    you already filed the returns
    and the tax years. ......................

HAVE NOT FILED 2018 TAX RETURN

| | | |
|---|---|---|
| Federal: | $_____ | |
| State: | $_____ | |
| Local: | $_____ | |

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information.............

| | |
|---|---|
| Alimony: | $_____ |
| Maintenance: | $_____ |
| Support: | $_____ |
| Divorce settlement: | $_____ |
| Property settlement: | $_____ |

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information............. $_____

Debtor 1    ROSENTA    SHENELLE    HOOKS                    Case number (if known)_____
            First Name    Middle Name    Last Name

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No
    ☐ Yes. Name the insurance company    Company name:                Beneficiary:                Surrender or refund value:
            of each policy and list its value. ...

    _____    _____    $_____
    _____    _____    $_____
    _____    _____    $_____

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
    property because someone has died.

    ☑ No
    ☐ Yes. Give specific information.............                                            $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes. Describe each claim. ...................                                          $_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights
    to set off claims**
    ☑ No
    ☐ Yes. Describe each claim. ...................                                          $_____

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information............                                             $_____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
    for Part 4. Write that number here** ...................................................................................→    $_____655.00

---

**Part 5:**    **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

                                                                        **Current value of the
                                                                        portion you own?**
                                                                        Do not deduct secured claims
                                                                        or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes. Describe.......                                                                   $_____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No
    ☐ Yes. Describe.......                                                                   $_____

| Debtor 1 | ROSENTA | SHENELLE | HOOKS | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

❑ Yes. Describe.......                                                                                                          $_____

41. **Inventory**

☑ No

❑ Yes. Describe.......                                                                                                          $_____

42. **Interests in partnerships or joint ventures**

☑ No

❑ Yes. Describe....... Name of entity:                                                    % of ownership:

_____    _____%    $_____

_____    _____%    $_____

_____    _____%    $_____

43. **Customer lists, mailing lists, or other compilations**

☑ No

❑ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

  ❑ No

  ❑ Yes. Describe.......

                                                                                                                               $_____

44. **Any business-related property you did not already list**

☑ No

❑ Yes. Give specific
    information .........    _____    $_____

_____    $_____

_____    $_____

_____    $_____

_____    $_____

_____    $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
**for Part 5. Write that number here** ...........................................................................................................➔    $_____655.00

---

**Part 6:**    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

❑ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured claims
or exemptions.

47. **Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☑ No

❑ Yes.........................

                                                                                                                               $_____

Debtor 1    ROSENTA        SHENELLE        HOOKS
                First Name        Middle Name        Last Name                    Case number (if known)_____

**48. Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
    information. ............                                                                                    $_____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes .........................
                                                                                                                $_____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes .........................
                                                                                                                $_____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific
    information. ............                                                                                    $_____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here** .....................................................................................➔    | $ | 0.00 |

---

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific
    information. ............                                                                                    $_____
                                                                                                                $_____
                                                                                                                $_____

**54. Add the dollar value of all of your entries from Part 7. Write that number here** .........................➔    | $ | 0.00 |

---

| **Part 8:** | **List the Totals of Each Part of this Form** |

**55. Part 1: Total real estate, line 2** ........................................................................................➔    | $ | 0.00 |

**56. Part 2: Total vehicles, line 5**                                    $_____ 0.00

**57. Part 3: Total personal and household items, line 15**               $_____ 1,350.00

**58. Part 4: Total financial assets, line 36**                           $_____ 655.00

**59. Part 5: Total business-related property, line 45**                  $_____ 0.00

**60. Part 6: Total farm- and fishing-related property, line 52**         $_____ 0.00

**61. Part 7: Total other property not listed, line 54**              + $_____ 0.00

**62. Total personal property.** Add lines 56 through 61. ...............    $_____ 2,005.00    Copy personal property total ➔ + $_____ 2,005.00

**63. Total of all property on Schedule A/B.** Add line 55 + line 62 ...........................................    | $ | 2,005.00 |

Fill in this information to identify your case:

| Debtor 1 | ROSENTA | SHENELLE | HOOKS |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western District of Oklahoma**

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **HOUSEHOLD ITEM**<br>Line from *Schedule A/B:* _____ | $ 1,350.00 | ☑ $ 1,350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: **CASH ON HAND**<br>Line from *Schedule A/B:* _____ | $ 150.00 | ☑ $ 150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: **CITY NATL BANK**<br>Line from *Schedule A/B:* _____ | $ 5.00 | ☑ $ 5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | ROSENTA | SHENELLE | HOOKS |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Oklahoma

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1**

_____
Creditor's Name

_____
Number          Street

_____

_____
City          State   ZIP Code

**Describe the property that secures the claim:**    $_____   $_____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**2.2**

_____
Creditor's Name

_____
Number          Street

_____

_____
City          State   ZIP Code

**Describe the property that secures the claim:**    $_____   $_____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $_____0.00

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | ROSENTA | SHENELLE | HOOKS |

Debtor 1    ROSENTA      SHENELLE      HOOKS
          First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the: Western District of Oklahoma

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
   each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
   nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
   unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** _____
    Priority Creditor's Name

_____
Number     Street

_____

_____
City        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___   $_____   $_____   $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2** _____
    Priority Creditor's Name

_____
Number     Street

_____

_____
City        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___   $_____   $_____   $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1 **ROSENTA**   **SHENELLE**   **HOOKS**
First Name     Middle Name     Last Name

Case number (if known)_____

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

**4.1**  **CAPITAL ONE VANK USA NA**
Nonpriority Creditor's Name

PO BOX 30281
Number        Street

SALT LAKE CITY          UT      84130
City                State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  1  3  7  5
When was the debt incurred?   02/23/2015

$         656.00

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CREDIT CARD

**4.2**  **COMENITY BANK/STAGE**
Nonpriority Creditor's Name

PO BOX 182789
Number        Street

COLUMBUS          OH      43218
City                State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  1  7  8  7
When was the debt incurred?   09/14/2015

$         867.00

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CHARGE ACCT

**4.3**  **COMENITY BANK/VCTRSSEC**
Nonpriority Creditor's Name

PO BOX 182789
Number        Street

COLUMBUS          OH      43218
City                State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  7  2  2  5
When was the debt incurred?   01/02/2016

$         563.00

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CHARGE ACCT

Debtor 1   **ROSENTA**  **SHENELLE**   **HOOKS**        Case number (if known)_____
First Name    Middle Name    Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                Total claim

**CREDIT ONE BANK**
Nonpriority Creditor's Name
**PO BOX 98872**
Number    Street
**LAS VEGAS**            **NV**    **89193**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  9   9   4   9       $   765.00

**When was the debt incurred?**    10/29/2015

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CREDIT CARD**

---

**FIRST PREMIER BANK**
Nonpriority Creditor's Name
**3820 N. LOUISE AVE**
Number    Street
**SIOUX FALLS**          **SD**    **57107**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  4   9   2   6       $   682.00

**When was the debt incurred?**    12/28/2016

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CREDIT CARD**

---

**WEBBANK/FINGERHUT**
Nonpriority Creditor's Name
**6250 RIDGEWOOD ROAD**
Number    Street
**SAINT CLOUD**          **MN**    **56303**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  1,250.00

Last 4 digits of account number  5   0   8   1

**When was the debt incurred?**    11/02/2015

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CHARGE ACCT**

---

Debtor 1    ROSENTA    SHENELLE    HOOKS
First Name    Middle Name    Last Name

Case number (if known)_____

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

☐ **PROGRESSIVE LEASING**
Nonpriority Creditor's Name
**256 DATA DRIVE**
Number    Street
**DRAPER**    **UT**    **84020**
City    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6  4  8  6

**When was the debt incurred?**    01/15/2019

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  LEASING FEE

$ 1,848.00

☐ **FRONTLINE ASSEG STRATEGIES LLC**
Nonpriority Creditor's Name
**2700 SNELLING AVE N.  STE 250**
Number    Street
**ROSEVILLE**    **MN**    **55113**
City    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  9  7  0  1

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  COLLECTION

$ 766.00

☐ **SECURITY FINANCE OF OKLAHOMA LLC**
Nonpriority Creditor's Name
**301 S. CHICKASAW**
Number    Street
**PAULS VALLEY**    **OK**    **73075**
City    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6  6  4  5

**When was the debt incurred?**    11/02/2018

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  LOAN

$ 1,350.00

| Debtor 1 | ROSENTA | SHENELLE | HOOKS | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

**4.1**

| TOWN OAKS APARTMENTS | Last 4 digits of account number  6  4  8  6 | $ 424.00 |
|---|---|---|
| Nonpriority Creditor's Name | When was the debt incurred?  09/08/2013 | |

100 TOWN OAKS
Number        Street

| PAUL VALLEY | OK | 73075 |
|---|---|---|
| City | State | ZIP Code |

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  RENTAL FEE

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.2**

| CONTINENTAL CREDIT | Last 4 digits of account number  6  5  4  5 | $ 1,350.00 |
|---|---|---|
| Nonpriority Creditor's Name | When was the debt incurred?  11/02/2018 | |

PO BOX 3146
Number        Street

| SPARTANBURG | SC | 29304 |
|---|---|---|
| City | State | ZIP Code |

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  LOANRED

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.3**

| SUN LOAN | Last 4 digits of account number  0  0  8  3 | $ 1,150.00 |
|---|---|---|
| Nonpriority Creditor's Name | When was the debt incurred?  11/02/2018 | |

2000 W. GRANT AVE   STE 10
Number        Street

| PAULS VALLEY | OK | 73075 |
|---|---|---|
| City | State | ZIP Code |

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  LOAN

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **ROSENTA**      **SHENELLE**      **HOOKS**          Case number (if known)_____
    First Name    Middle Name    Last Name

**Part 2:**  **List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                     **Total claim**

**4.1** **RED RIVER CREDIT CORP**
Nonpriority Creditor's Name

Last 4 digits of account number  6  1  8  5          $  1,097.00

**2102  B. WEST LINDSEY STREET**
Number    Street

When was the debt incurred?  _____

**NORMAN**    **OK**    **73069**
City    State    ZIP Code

As of the date you file, the claim is: Check all that apply.

    ☑ Contingent

**Who incurred the debt?** Check one.

    ☐ Unliquidated
    ☐ Disputed

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

    ☐ Student loans

☐ Check if this claim is for a community debt

    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

    ☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No
☐ Yes

    ☑ Other. Specify  LOAN

**4.2** **LOVE, BEAL & NIXON P.C.**
Nonpriority Creditor's Name

Last 4 digits of account number  6  2  6  2          $  1,251.00
When was the debt incurred?  02/28/2018

**6621 N. MERIDIAN**
Number    Street

**OKLAHOMA CITY**    **OK**    **73116**
City    State    ZIP Code

As of the date you file, the claim is: Check all that apply.

**Who incurred the debt?** Check one.

    ☑ Contingent
    ☐ Unliquidated
    ☐ Disputed

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

    ☐ Student loans

☐ Check if this claim is for a community debt

    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

    ☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No
☐ Yes

    ☑ Other. Specify  COLLECTION

**4.3** **FINANCIAL RECOVERY SERVICES INC**
Nonpriority Creditor's Name

Last 4 digits of account number  0  6  0  4          $  766.00
When was the debt incurred?  _____

**PO BOX 385908**
Number    Street

**MINNEAPOLIS**    **MN**    **55438**
City    State    ZIP Code

As of the date you file, the claim is: Check all that apply.

**Who incurred the debt?** Check one.

    ☑ Contingent
    ☐ Unliquidated
    ☐ Disputed

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

    ☐ Student loans

☐ Check if this claim is for a community debt

    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

    ☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No
☐ Yes

    ☑ Other. Specify  COLLECTION

Debtor 1    ROSENTA          SHENELLE          HOOKS
            First Name       Middle Name       Last Name

Case number (if known)_____

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

US DEPT OF EDUCATION
Nonpriority Creditor's Name
3130 FAIRVIEW PARK DRIVE
Number          Street
FAIR CHURCH              VA       23323
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6  4  8  6

When was the debt incurred?   03/09/2009

$ 2,970.00

**As of the date you file, the debt is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  STUDENT LOANS

---

Nonpriority Creditor's Name

Number          Street

City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  ___  ___  ___  ___

When was the debt incurred?    _____

$_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

Nonpriority Creditor's Name

Number          Street

City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  ___  ___  ___  ___

When was the debt incurred?    _____

$_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

Debtor 1    **ROSENTA**     **SHENELLE**     **HOOKS**      Case number *(if known)*_____
     First Name    Middle Name     Last Name

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have others to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**PORTFOLIO RECOVERY ASSOC**
Name

**PO BOX 12914**
Number    Street

**NORFOLK**      **VA**    **23541**
City           State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   6   4   8   6

---

**MIDLAND CREDIT MGMT**
Name

**PO BOX 51319**
Number    Street

**LOS ANGLES**      **CA**    **90051**
City           State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                   ☑ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ___ ___ ___ ___

---

**PROGRESSIVE MGMT SYSTEMS**
Name

**PO BOX 2220**
Number    Street

**WEST COVINA**      **CA**    **91793**
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                   ☑ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ___ ___ ___ ___

---

**LVNV FUNDING LLC**
Name

**PO BOX 1269**
Number    Street

**GREENVILLE**      **SC**    **29603**
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                   ☑ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number   6   4   8   6

---

**TENANT TRACKER**
Name

**PO BOX 1990**
Number    Street

**MCKINNEY**      **TX**    **75070**
City         State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                   ☑ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number   6   4   8   6

---

**SUN LOAN**
Name

**215 W. PAUL AVE**
Number    Street

**PAULS VALLEY**      **OK**    **73075**
City         State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                   ☑ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number   6   4   8   6

---

**SUNRISE CREDIT SERVICES**
Name

**PO BOX 9100**
Number    Street

**FARMINGDALE**      **NY**    **11735**
City         State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                   ☑ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number   6   4   8   6

---

Debtor 1    **ROSENTA**      **SHENELLE**      **HOOKS**       Case number (if known)_____
            First Name    Middle Name    Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

RED RIVER CREDIT
Name

PO BOX 130
Number    Street

TIMPSON            TX      75975
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 6  4  8  6

DIRECT LOAN SVC SYSTEMS
Name

PO BOX 5609
Number    Street

GREENVILLE         TX      75403
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** 6  4  8  6

Name

Number    Street

City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name

Number    Street

City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name

Number    Street

City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name

Number    Street

City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name

Number    Street

City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

Debtor 1 <u>ROSENTA</u>     <u>SHENELLE</u>     <u>HOOKS</u>
First Name     Middle Name     Last Name

Case number *(if known)*_____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

**Total claim**

**Total claims from Part 1**

6a. **Domestic support obligations**   6a.   $_____ 0.00

6b. **Taxes and certain other debts you owe the government**   6b.   $_____ 0.00

6c. **Claims for death or personal injury while you were intoxicated**   6c.   $_____ 0.00

6d. **Other.** Add all other priority unsecured claims. Write that amount here.   6d.   + $_____ 0.00

6e. **Total.** Add lines 6a through 6d.   6e.   $_____ 0.00

**Total claim**

**Total claims from Part 2**

6f. **Student loans**   6f.   $_____ 2,970.00

6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**   6g.   $_____ 0.00

6h. **Debts to pension or profit-sharing plans, and other similar debts**   6h.   $_____ 0.00

6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here.   6i.   + $_____ 14,785.00

6j. **Total.** Add lines 6f through 6i.   6j.   $_____ 17,755.00

Fill in this information to identify your case:

| Debtor | ROSENTA | SHENELLE | HOOKS |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Oklahoma

| Case number | |
|---|---|
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☑ **No.** Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|

**2.1**

| Name | |
|---|---|
| Number    Street | |
| City    State    ZIP Code | |

**2.2**

| Name | |
|---|---|
| Number    Street | |
| City    State    ZIP Code | |

**2.3**

| Name | |
|---|---|
| Number    Street | |
| City    State    ZIP Code | |

**2.4**

| Name | |
|---|---|
| Number    Street | |
| City    State    ZIP Code | |

**2.5**

| Name | |
|---|---|
| Number    Street | |
| City    State    ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1  **ROSENTA**          **SHENELLE**          **HOOKS**
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Western District of Oklahoma

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106H

# Schedule H: Your Codebtors                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number          Street

   _____
   City                    State          ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

   *Column 1:* **Your codebtor**                              *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

   **3.1**
   _____
   Name
   _____
   Number          Street
   _____
   City                    State          ZIP Code

   ☐ Schedule D, line _____
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

   **3.2**
   _____
   Name
   _____
   Number          Street
   _____
   City                    State          ZIP Code

   ☐ Schedule D, line _____
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

   **3.3**
   _____
   Name
   _____
   Number          Street
   _____
   City                    State          ZIP Code

   ☐ Schedule D, line _____
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | ROSENTA | SHENELLE | HOOKS |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Western District of Oklahoma | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| 1. Fill in your employment information. | | | |
| If you have more than one job, attach a separate page with information about additional employers. | Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Include part-time, seasonal, or self-employed work. | Occupation | CNA/HHA | |
| Occupation may include student or homemaker, if it applies. | Employer's name | LIFESPRING HEALTHCARE | |
| | Employer's address | 2411 SPRINGER DRIVE | |
| | | Number   Street | Number   Street |
| | | NORMAN     OK     73069 | |
| | | City        State   ZIP Code | City        State   ZIP Code |
| | How long employed there? | 3 YRS | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 2,096.00 | $_____ |
| 3. | Estimate and list monthly overtime pay. | 3. | + $ 0.00 | + $_____ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 2,096.00 | $_____ |

Official Form B 6I                    Schedule I: Your Income                    page 1

Debtor 1  ROSENTA            SHENELLE        HOOKS
          First Name   Middle Name   Last Name

Case number (if known)_____

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|

Copy line 4 here.......................................................➔ 4.  $ 2,600.00   $_____

**5. List all payroll deductions:**

| | | |
|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. $ 415.12 | $_____ |
| 5b. Mandatory contributions for retirement plans | 5b. $ 0.00 | $_____ |
| 5c. Voluntary contributions for retirement plans | 5c. $ 0.00 | $_____ |
| 5d. Required repayments of retirement fund loans | 5d. $ 0.00 | $_____ |
| 5e. Insurance | 5e. $ 54.74 | $_____ |
| 5f. Domestic support obligations | 5f. $ 0.00 | $_____ |
| 5g. Union dues | 5g. $ 0.00 | $_____ |
| 5h. Other deductions. Specify: _____ | 5h. + $ 0.00 | + $_____ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.  6. $ 469.86   $_____

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7. $ 1,626.14   $_____

**8. List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.  8a. $ 0.00   $_____

8b. Interest and dividends  8b. $ 0.00   $_____

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.  8c. $ 0.00   $_____

8d. Unemployment compensation  8d. $ 0.00   $_____

8e. Social Security  8e. $ 750.00   $_____

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: SECTION 8  8f. $ 165.00   $_____

8g. Pension or retirement income  8g. $ 0.00   $_____

8h. Other monthly income. Specify: _____  8h. + $ 0.00   + $_____

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.  9. $ 915.00   $_____

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.  10. $ 2,541.14 + $_____ = $ 2,541.14

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____  11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies  12. $ 2,541.14
Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain:  OVERTIME STOPPED JAN 2019, DEBTOR IS SEASONAL EMPLOYED.

Fill in this information to identify your case:

| Debtor 1 | ROSENTA | SHENELLE | HOOKS |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  Western District of Oklahoma

Case number
(If known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:     Describe Your Household**

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| DAUGHTER | 20 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

**Part 2:     Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I).

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 700.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ 0.00 |

| Debtor 1 | ROSENTA | SHENELLE | HOOKS | Case number (if known) |
|----------|---------|----------|-------|------------------------|
| | First Name | Middle Name | Last Name | |

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ 200.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ 0.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 200.00 |
| 6d. | Other. Specify: _____ | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 400.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 120.00 |
| 10. | **Personal care products and services** | 10. | $ 150.00 |
| 11. | **Medical and dental expenses** | 11. | $ 45.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 300.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $ 42.00 |
| 15b. | Health insurance | 15b. | $ 0.00 |
| 15c. | Vehicle insurance | 15c. | $ 0.00 |
| 15d. | Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $ 0.00 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. | Other. Specify:_____ | 17c. | $ 0.00 |
| 17d. | Other. Specify:_____ | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income** (Official Form B 6I). | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| 20a. | Mortgages on other property | 20a. | $ 0.00 |
| 20b. | Real estate taxes | 20b. | $ 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ 0.00 |

| Debtor 1 | ROSENTA | SHENELLE | HOOKS | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

21. **Other.** Specify: __Contribution to daughter's college expenses__       21.  +$ _____ 100.00

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.                                        22.   $ _____ 2,357.00

23. **Calculate your monthly net income.**

    23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.     23a.  $ _____ 2,541.14

    23b.  Copy your monthly expenses from line 22 above.                        23b. –$ _____ 2,357.00

    23c.  Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income*.                             23c.  $ _____ 184.14

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.      Explain here:

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **ROSENTA** | **SHENELLE** | **HOOKS** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Oklahoma

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☐ No

☑ Yes. Name of person PATSY A. JORDAN _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

x _____          x _____
Signature of Debtor 1                      Signature of Debtor 2

Date 01/29/2019                            Date _____
     MM / DD / YYYY                              MM / DD / YYYY

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | ROSENTA | SHENELLE | HOOKS |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  Western District of Oklahoma

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years.  Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 202 CHAPEL RIDGE DRIVE | From _____ | | From _____ |
| Number    Street | To _____ | Number    Street | To _____ |
| APT 813 | | | |
| PAULS VALLEY    OK    73075 | | | |
| City    State   ZIP Code | | City    State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| Number    Street | To _____ | Number    Street | To _____ |
| City    State   ZIP Code | | City    State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2:   Explain the Sources of Your Income**

| Debtor 1 | ROSENTA | SHENELLE | HOOKS | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 1,647.13 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| **For last calendar year:**<br>(January 1 to December 31, ___)<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 15,625.82 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| **For the calendar year before that:**<br>(January 1 to December 31, ___)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | SOCIAL SECURITY | $ 750.00 | | $ |
| | SECTION 8 | $ 165.00 | | $ |
| | | $ | | $ |
| **For last calendar year:**<br>(January 1 to December 31, ___)<br>YYYY | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For the calendar year before that:**<br>(January 1 to December 31, ___)<br>YYYY | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

Debtor 1 <u>ROSENTA        SHENELLE        HOOKS</u>          Case number *(if known)*_____
First Name    Middle Name    Last Name

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Creditor's Name _____ | _____ | $_____ | $_____ | ☐ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☐ Other _____ |
| Number  Street _____ | _____ | | | |
| City    State   ZIP Code | _____ | | | |
| Creditor's Name _____ | _____ | $_____ | $_____ | ☐ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☐ Other _____ |
| Number  Street _____ | _____ | | | |
| City    State   ZIP Code | _____ | | | |
| Creditor's Name _____ | _____ | $_____ | $_____ | ☐ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☐ Other _____ |
| Number  Street _____ | _____ | | | |
| City    State   ZIP Code | _____ | | | |

Debtor 1   ROSENTA   SHENELLE   HOOKS
           First Name   Middle Name   Last Name

Case number *(if known)*_____

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City            State    ZIP Code | | | | |
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City            State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City            State    ZIP Code | | | | |
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City            State    ZIP Code | | | | |

Debtor 1    ROSENTA     SHENELLE     HOOKS        Case number *(if known)*_____
<br>         First Name       Middle Name        Last Name

**Part 4:**    **Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No
☐ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title_____ | | Court Name | ☐ Pending |
| | | | ☐ On appeal |
| _____ | | Number   Street | ☐ Concluded |
| Case number _____ | | City      State    ZIP Code | |
| Case title_____ | | Court Name | ☐ Pending |
| | | | ☐ On appeal |
| _____ | | Number   Street | ☐ Concluded |
| Case number _____ | | City      State    ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____<br>Creditor's Name | | _____ | $_____ |
| _____<br>Number   Street | **Explain what happened** | | |
| _____ | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished. | | |
| _____<br>City      State    ZIP Code | ☐ Property was attached, seized, or levied. | | |
| | **Describe the property** | **Date** | **Value of the property** |
| _____<br>Creditor's Name | | _____ | $_____ |
| _____<br>Number   Street | **Explain what happened** | | |
| _____ | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished. | | |
| _____<br>City      State    ZIP Code | ☐ Property was attached, seized, or levied. | | |

Debtor 1    ROSENTA    SHENELLE    HOOKS                    Case number (if known)_____
            First Name    Middle Name    Last Name

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's Name | | | |
| _____<br>Number    Street | | _____ | $_____ |
| _____ | | | . |
| _____<br>City                State    ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

---

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>Number    Street | | | |
| _____<br>City                State    ZIP Code | | | |
| Person's relationship to you    _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>Number    Street | | | |
| _____<br>City                State    ZIP Code | | | |
| Person's relationship to you    _____ | | | |

Debtor 1    ROSENTA        SHENELLE        HOOKS            Case number (if known)_____
            First Name    Middle Name    Last Name

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

❑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | _____ | $_____ |
| Charity's Name | | | |
| | | _____ | $_____ |
| Number    Street | | | |
| City    State    ZIP Code | | | |

---

### Part 6:    List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

❑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

### Part 7:    List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No

❑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number    Street | | _____ | $_____ |
| | | _____ | $_____ |
| City    State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1    ROSENTA    SHENELLE    HOOKS            Case number (if known)_____
            First Name    Middle Name    Last Name

|  | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____ Person Who Was Paid |  |  |  |
| _____ Number    Street |  | _____ | $_____ |
| _____ |  | _____ | $_____ |
| _____ City          State    ZIP Code |  |  |  |
| _____ Email or website address |  |  |  |
| _____ Person Who Made the Payment, if Not You |  |  |  |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

|  | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____ Person Who Was Paid |  |  |  |
| _____ Number    Street |  | _____ | $_____ |
| _____ |  | _____ | $_____ |
| _____ City          State    ZIP Code |  |  |  |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

|  | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| _____ Person Who Received Transfer |  |  |  |
| _____ Number    Street |  |  | _____ |
| _____ |  |  |  |
| _____ City          State    ZIP Code |  |  |  |
| Person's relationship to you _____ |  |  |  |
| _____ Person Who Received Transfer |  |  |  |
| _____ Number    Street |  |  | _____ |
| _____ |  |  |  |
| _____ City          State    ZIP Code |  |  |  |
| Person's relationship to you _____ |  |  |  |

Debtor 1    ROSENTA    SHENELLE    HOOKS    Case number (if known)_____

First Name    Middle Name    Last Name

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution<br><br>Number   Street<br><br><br>City          State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Name of Financial Institution<br><br>Number   Street<br><br><br>City          State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No<br>☐ Yes |
| Name of Financial Institution<br><br>Number   Street<br><br><br>City          State    ZIP Code | Name _____<br><br>Number   Street _____<br><br><br>City      State    ZIP Code | | |

Debtor 1  ROSENTA  SHENELLE  HOOKS          Case number (if known)_____
          First Name  Middle Name  Last Name

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name of Storage Facility | Name | | ☐ Yes |
| Number  Street | Number  Street | | |
| | City State ZIP Code | | |
| City       State    ZIP Code | | | |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | $_____ |
| | Number  Street | | |
| Number  Street | | | |
| | City            State    ZIP Code | | |
| City       State    ZIP Code | | | |

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

※ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

※ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

※ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | _____ |
| Number  Street | Number  Street | | |
| | City         State  ZIP Code | | |
| City       State    ZIP Code | | | |

---

Debtor 1   ROSENTA    SHENELLE    HOOKS      Case number (if known)_____

        First Name      Middle Name      Last Name

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ **No**

☐ **Yes. Fill in the details.**

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | _____ |
| Number   Street | Number   Street | | |
| | City      State   ZIP Code | | |
| City      State   ZIP Code | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ **No**

☐ **Yes. Fill in the details.**

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | Court Name | | ☐ Pending |
| | | | ☐ On appeal |
| | Number   Street | | ☐ Concluded |
| Case number | City      State   ZIP Code | | |

---

**Part 11:**    **Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

     ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

     ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

     ☐ A partner in a partnership

     ☐ An officer, director, or managing executive of a corporation

     ☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ **No. None of the above applies. Go to Part 12.**

☐ **Yes. Check all that apply above and fill in the details below for each business.**

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Business Name | | Do not include Social Security number or ITIN. |
| | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| | | From _____ To _____ |
| City      State   ZIP Code | Describe the nature of the business | Employer Identification number |
| Business Name | | Do not include Social Security number or ITIN. |
| | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| | | From _____ To _____ |
| City      State   ZIP Code | | |

Debtor 1    **ROSENTA**    **SHENELLE**    **HOOKS**      Case number *(if known)*_____
       First Name     Middle Name     Last Name

| | | |
|---|---|---|
| | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
| **Business Name** | | |
| | | EIN: __ __ - __ __ __ __ __ __ __ |
| **Number   Street** | **Name of accountant or bookkeeper** | **Dates business existed** |
| | | |
| | | From _____ To _____ |
| **City**     **State**     **ZIP Code** | | |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ **No**

❑ **Yes. Fill in the details below.**

                                Date issued

**Name**                             MM / DD / YYYY

**Number   Street**

**City**      **State**    **ZIP Code**

---

**Part 12:**   **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _Rosenta Hooks_      ✗ _____

   **Signature of Debtor 1**             **Signature of Debtor 2**

Date **01/29/2019**             Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

❑ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

❑ No

☑ Yes. Name of person **PATSY A. JORDAN**_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **ROSENTA**<br>First Name | **SHENELLE**<br>Middle Name | **HOOKS**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Oklahoma

Case number
(if known) _____

❑ Check if this is an
amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information.
Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **NONE**<br><br>Description of property securing debt: | ❑ Surrender the property.<br>❑ Retain the property and redeem it.<br>❑ Retain the property and enter into a *Reaffirmation Agreement*.<br>❑ Retain the property and [explain]: _____ | ❑ No<br>❑ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ❑ Surrender the property.<br>❑ Retain the property and redeem it.<br>❑ Retain the property and enter into a *Reaffirmation Agreement*.<br>❑ Retain the property and [explain]: _____ | ❑ No<br>❑ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ❑ Surrender the property.<br>❑ Retain the property and redeem it.<br>❑ Retain the property and enter into a *Reaffirmation Agreement*.<br>❑ Retain the property and [explain]: _____ | ❑ No<br>❑ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ❑ Surrender the property.<br>❑ Retain the property and redeem it.<br>❑ Retain the property and enter into a *Reaffirmation Agreement*.<br>❑ Retain the property and [explain]: _____ | ❑ No<br>❑ Yes |

Debtor 1    **ROSENTA**         **SHENELLE**    **HOOKS**                    Case number (If known)_____
             First Name        Middle Name        Last Name

| **Part 2:** | **List Your Unexpired Personal Property Leases** |

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G),
fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet
ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name: | ❏ No |
| Description of leased property: | ❏ Yes |
| Lessor's name: | ❏ No |
| Description of leased property: | ❏ Yes |
| Lessor's name: | ❏ No |
| Description of leased property: | ❏ Yes |
| Lessor's name: | ❏ No |
| Description of leased property: | ❏ Yes |
| Lessor's name: | ❏ No |
| Description of leased property: | ❏ Yes |
| Lessor's name: | ❏ No |
| Description of leased property: | ❏ Yes |
| Lessor's name: | ❏ No |
| Description of leased property: | ❏ Yes |

| **Part 3:** | **Sign Below** |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any
personal property that is subject to an unexpired lease.

**x** *Rosenta Hooks*          **x** _____
Signature of Debtor 1                Signature of Debtor 2

Date **01/29/2019**                  Date _____
     MM / DD / YYYY                       MM / DD / YYYY

Official Form 108          Statement of Intention for Individuals Filing Under Chapter 7          page 2

Fill in this information to identify your case:

Debtor 1   **ROSENTA        SHENELLE    HOOKS**
           First Name       Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the: Western District of Oklahoma

Case number
(If known) _____

Check one box only as directed in this form and in Form 122A-1Supp:

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A–1

# Chapter 7 Statement of Your Current Monthly Income       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1:   Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _2,096.00_ | $_____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ | $_____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ | $_____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | | | |
| Ordinary and necessary operating expenses | − $_____ | − $_____ | | | |
| Net monthly income from a business, profession, or farm | $_____ | $_____ | Copy here ➔ | $_____ | $_____ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | | | |
| Ordinary and necessary operating expenses | − $_____ | − $_____ | | | |
| Net monthly income from rental or other real property | $_____ | $_____ | Copy here ➔ | $_____ | $_____ |

| 7. | **Interest, dividends, and royalties** | | $_____ | $_____ |
|---|---|---|---|---|

Debtor 1   **ROSENTA**    **SHENELLE**   **HOOKS**
<br>First Name     Middle Name     Last Name

Case number *(if known)*_____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse | |
|---|---|---|---|

**8. Unemployment compensation**     $_____    $_____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ........................ ↓

For you............................................................ $_____

For your spouse.............................................. $_____

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.    $_____    $_____

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

SOCIAL SECURITY     $ __750.00    $_____

SECTION 8     $ __165.00    $_____

Total amounts from separate pages, if any.    + $_____    + $_____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.    $ _3,011.00   +   $_____   =   $ _3,011.00

Total current monthly income

---

**Part 2:**    **Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11. ............................................................... Copy line 11 here➜    $ _3,011.00

Multiply by 12 (the number of months in a year).    x 12

12b. The result is your annual income for this part of the form.     12b.    $ _36,132.00

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.     **OKLAHOMA**

Fill in the number of people in your household.     2

Fill in the median family income for your state and size of household. ................................................ 13.    $ 57,207.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ■ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

---

**Part 3:**    **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

x *Rosenta Hooks*        x _____
<br>Signature of Debtor 1                       Signature of Debtor 2

Date 01/29/2019           Date _____
<br>     MM / DD   / YYYY                      MM / DD   / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IN RE:                                    )
ROSENTA  S. HOOKS                         )
                                          )    Case No. _____ - _____ - _____
                                          )    Chapter  7____
            Debtor.                       )

## VERIFICATION OF MATRIX

        The above named debtor hereby verifies that the attached List of Creditors is true
and correct to the best of his/her/their knowledge.

Date:_01/29/2019_____        _____
                                                     Debtor Name

                                        _____
                                             Joint Debtor Name (if applicable)

ROSENTA S. HOOKS MAILING MATRIX

CAPITAL ONE BANK USA NA
PO BOX 30281
SALT LAKE CITY,UT 84130

COMENITY BANK/STAGE
PO BOX 182789
COLUMBUS, OH 43218

COMENITY BANK/VCTRSSEC
PO BOX 182789
COLUMBUS, OH 43218

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS, NV 89193

FIRST PREMIER BANK
3820 N. LOUISE AVE
SIOUX FALLS, SD 57107

WEBBANK/FINGERHUT
6250 RIDGEWOOD ROAD
SAINT CLOUD, MN 56303

PROGRESSIVE LEASING
256 DATA DRIVE
DRAPER, UT 84020

FRONTLINE ASSET
STRATEGIES LLC
2700 SNELLING AVE N.
STE 250
ROSEVILLE, MN 55113

SECURITY FINANCE
OF OKLAHOMA LLC
301 S. CHICKASAW
PAULS VALLEY,OK 73075

TOWN OAKS APARTMENTS
100 TOWN OAKS
PAUL VALLEY, OK 73075

CONTINENTAL CREDIT
PO BOX 3146
SPARTANBURG, SC 29304

SUN LOAN
2000 W. GRANT AVE
STE 10
PAULS VALLEY, OK 73075

RED RIVER CREIT CORP
2102 B. WEST LINDSEY ST
NORMAN, OK 73069

LOVE,BEAL & NIXON P.C.
6621 N. MEDICIAN
OKLAHOMA CITY,OK 73116

FINANCIAL RECOVERY SERV
PO BOX 385908
MINNEAPOLIS, MN 55438

ROSENTA S. HOOKS MAILING MATRIX

US DEPT OF EDUCATION
3130 FAIRVIEW PARK DR
FAIR CHURCH, VA 23323

PORTFOLIO RECOVERY ASSOC
PO BOX 12914
NORFOLK, VA 23541

MIDLAND CREDIT MGMT
PO BOX 51319
LOS ANGELES, CA 90051

PROGRESSIVE MGMT SYSTESM
PO BOX 2220
WEST COVINA, CA 91793

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29603

TENANT TRACKER
PO BOX 1990
MCKINNEY, TX 75070

SUN LOAN
215 W. PAUL AVE
PAULS VALLEY, OK 73075

SUNRISE CREDIT SERVICES
PO BOX 9100
FARMINGDALE, NY 11735

RED RIVER CREDIT
PO BOX 130
TIMPSON, TX 75975

DIRECT LOAN SVC SYS
PO BOX 5609
GREENVILLE, TX 75403

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | **ROSENTA** First Name | **SHENELLE** Middle Name | **HOOKS** Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: Western District of Oklahoma | | |
| Case number (If known) | | Chapter _____ |

## Official Form 119
# Bankruptcy Petition Preparer's Notice, Declaration, and Signature          12/15

Bankruptcy petition preparers as defined in 11 U.S.C. § 110 must fill out this form every time they help prepare documents that are filed in the case. If more than one bankruptcy petition preparer helps with the documents, each must sign in Part 2. A bankruptcy petition preparer who does not comply with the provisions of title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure may be fined, imprisoned, or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**Part 1:    Notice to Debtor**

Bankruptcy petition preparers must give the debtor a copy of this form and have the debtor sign it before they prepare any documents for filing or accept any compensation. A signed copy of this form must be filed with any document prepared.

Bankruptcy petition preparers are not attorneys and may not practice law or give you legal advice, including the following:

- whether to file a petition under the Bankruptcy Code (11 U.S.C. § 101 et seq.);
- whether filing a case under chapter 7, 11, 12, or 13 is appropriate;
- whether your debts will be eliminated or discharged in a case under the Bankruptcy Code;
- whether you will be able to keep your home, car, or other property after filing a case under the Bankruptcy Code;
- what tax consequences may arise because a case is filed under the Bankruptcy Code;
- whether any tax claims may be discharged;
- whether you may or should promise to repay debts to a creditor or enter into a reaffirmation agreement;
- how to characterize the nature of your interests in property or your debts; or
- what procedures and rights apply in a bankruptcy case.

The bankruptcy petition preparer **PATSY A. JORDAN** _____ has notified me of
                                              Name
any maximum allowable fee before preparing any document for filing or accepting any fee.

_____          Date **01/29/2019**
Signature of Debtor 1 acknowledging receipt of this notice          MM / DD / YYYY

_____          Date _____
Signature of Debtor 2 acknowledging receipt of this notice          MM / DD / YYYY

Debtor 1   **ROSENTA**   **SHENELLE**   **HOOKS**     Case number *(if known)*_____
First Name    Middle Name    Last Name

**Part 2:**    **Declaration and Signature of the Bankruptcy Petition Preparer**

**Under penalty of perjury, I declare that:**

- I am a bankruptcy petition preparer or the officer, principal, responsible person, or partner of a bankruptcy petition preparer;

- I or my firm prepared the documents listed below and gave the debtor a copy of them and the *Notice to Debtor by Bankruptcy Petition Preparer* as required by 11 U.S.C. §§ 110(b), 110(h), and 342(b); and

- if rules or guidelines are established according to 11 U.S.C. § 110(h) setting a maximum fee for services that bankruptcy petition preparers may charge, I or my firm notified the debtor of the maximum amount before preparing any document for filing or before accepting any fee from the debtor.

**PATSY A. JORDAN** _____
Printed name     Title, if any     Firm name, if it applies

**1919 NW 142ND STREET - UNIT 12 A**
Number    Street

**OKLAHOMA CITY**    **OK**    **73134**    **405-607-3659**
City    State    ZIP Code    Contact phone

**I or my firm prepared the documents checked below and the completed declaration is made a part of each document that I check:**
*(Check all that apply.)*

| | | |
|---|---|---|
| ☑ Voluntary Petition (Form 101) | ☑ Schedule I (Form 106I) | ☐ Chapter 11 Statement of Your Current Monthly Income (Form 122B) |
| ☑ Statement About Your Social Security Numbers (Form 121) | ☑ Schedule J (Form 106J) | ☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) |
| ☑ Summary of Your Assets and Liabilities and Certain Statistical Information (Form 106Sum) | ☑ Declaration About an Individual Debtor's Schedules (Form 106Dec) | |
| ☑ Schedule A/B (Form 106A/B) | ☑ Statement of Financial Affairs (Form 107) | ☐ Chapter 13 Calculation of Your Disposable Income (Form 122C-2) |
| ☑ Schedule C (Form 106C) | ☑ Statement of Intention for Individuals Filing Under Chapter 7 (Form 108) | ☑ Application to Pay Filing Fee in Installments (Form 103A) |
| ☑ Schedule D (Form 106D) | ☑ Chapter 7 Statement of Your Current Monthly Income (Form 122A-1) | ☐ Application to Have Chapter 7 Filing Fee Waived (Form 103B) |
| ☑ Schedule E/F (Form 106E/F) | ☐ Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Form 122A-1Supp) | ☑ A list of names and addresses of all creditors (*creditor or mailing matrix*) |
| ☑ Schedule G (Form 106G) | | ☐ Other _____ |
| ☑ Schedule H (Form 106H) | ☐ Chapter 7 Means Test Calculation (Form 122A-2) | |

Bankruptcy petition preparers must sign and give their Social Security numbers. If more than one bankruptcy petition preparer prepared the documents to which this declaration applies, the signature and Social Security number of each preparer must be provided. 11 U.S.C. § 110.

*Patsy A. Jordan*     **3 8 0 - 5 4 - 2 0 3 2**     Date **01/29/2019**
Signature of bankruptcy petition preparer or officer, principal, responsible    Social Security number of person who signed    MM / DD / YYYY
person, or partner

**PATSY A. JORDAN**
Printed name

_____    ___ ___ ___ - ___ ___ - ___ ___ ___ ___    Date _____
Signature of bankruptcy petition preparer or officer, principal, responsible    Social Security number of person who signed    MM / DD / YYYY
person, or partner

_____
Printed name

B2800 (Form 2800) (12/15)

# United States Bankruptcy Court

_Western_ District Of _Oklahoma_

In re _Rosetta Hooks_
Debtor

Case No. _____

Chapter _7_

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

_[Must be filed with the petition if a bankruptcy petition preparer prepares the petition. 11 U.S.C. § 110(h)(2).]_

1.  Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For document preparation services I have agreed to accept............................... $ _150 00_

Prior to the filing of this statement I have received............................................ $ _150 00_

Balance Due.......................................................................................................... $ _0_

2.  I have prepared or caused to be prepared the following documents (itemize):

and provided the following services (itemize): _Bankruptcy Chapter 7_

3.  The source of the compensation paid to me was:
    (Debtor)                    Other (specify)

4.  The source of compensation to be paid to me is:
    Debtor                      Other (specify)

5.  The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6.  To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

NAME                                    SOCIAL SECURITY NUMBER

_Patsy A. Jordan_
Signature

_XX 2032_
Social Security number of bankruptcy
petition preparer*

_1/29/19_
Date

_1919 NW 42nd # 12A_

Printed name and title, if any, of
Bankruptcy Petition Preparer

Address
_OKC, OK 73134_

* If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer. (Required by 11 U.S.C. § 110).

_A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156._



# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 — Liquidation
- Chapter 11— Reorganization
- Chapter 12— Voluntary repayment plan for family farmers or fishermen
- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:    Liquidation

|   | $245 | filing fee |
|---|---|---|
|   | $75 | administrative fee |
| + | $15 | trustee surcharge |
|   | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;
- most student loans;
- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

## Bankruptcy crimes have serious consequences

- ▨ If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- ▨ All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.